UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X
ARKELL COX

        Plaintiff,   Case No.: 16-0611-DLI-VMS

        *-against-*

        **STIPULATION AND ORDER OF DISMISSAL**

CRAIG JERABECK, *in his official and individual capacity*
DENISE MOONEY, *in her official and individual capacity*
BARRY DONALSON, *in his official and individual capacity*
And 5LINX ENTERPRISES, INC., *in its official capacity*

        Defendants,
_____X

    **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or Liability;

    **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that:

    1.    The above-referenced action is hereby dismissed with prejudice and without costs or attorney's fees to any party.

Dated: February 9, 2017

Brooklyn, NY

| | | |
|---|---|---|
| ALEXIS G. PADILLA | JEFFREY J. CALABRESE | PAUL F. KENEALLY |
| Attorney for Plaintiff | Attorney for Defendant | Attorney for Defendants |
| Arkell Cox | 5Linx Enterprises | Jerabeck, Mooney & Donalso |
| 198 Rogers Avenue | 1600 Bausch and Lomb Place | 300 Bausch and Lomb Place |
| Brooklyn, NY 11225 | Rochester, NY 14604 | Rochester, NY 14604 |


_____*/s/Alexis G. Padilla*_____
ALEXIS G. PADILLA


_____*/s/Jeferey J. Calabrese*_____
JEFFREY J. CALABRESE


_____*/s/Paul F. Keneally*_____
PAUL F. KENEALLY


SO ORDERED:

_____
HON. DORA L. IRRIZARY
UNITED STATES DISTRICT JUDGE

DATED: February _____, 2017